UNITED STATES OF AMERICA

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRCT OF MICHIGAN

In the Matter of

Case No. 21-90054

MARCO REALTY, INC.

Hon. Scott W. Dales

Debtor

Chapter 11

_____/

## MOTION TO DISMISS

    Debtor, Marco Realty, Inc., by its attorney, Rudolph F. Perhalla, moves to dismiss this Chapter 11 case on the grounds that it no longer believes that it needs to continue with a Chapter 11 case.

Dated: 4/26/21

*R. Perhalla* (signature)

Rudolph F. Perhalla
Attorney for Debtor
1441 E. Cloverland Dr.
Ironwood, MI 49938
(906) 932-4494